IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:22-cv-01270-CNS-MEH

ACCESS 4 ALL INCORPORATED
and JOHN MEGGS,

    Plaintiffs,

v.

ALPINE HOSPITALITY, INC.,

    Defendant.

---

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

Plaintiffs, ACCESS 4 ALL INCORPORATED and JOHN MEGGS, and Defendant, ALPINE HOSPITALITY, INC. by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on August 1, 2023.

| | |
|---|---|
| */s/ Anthony J. Perez*<br>ANTHONY J. PEREZ, ESQ.<br>GARCIA-MENOCAL & PEREZ, P.L.<br>1600 Broadway<br>Denver, CO 80202<br>Telephone: (305) 553-3464<br>Email: ajperez@lawgmp.com<br>*Attorney for Plaintiff* | */s/ Garth Ferrell*<br>Garth Ferrell, Esq.<br>THE LAW OFFICE OF R. GARTH FERRELL, P.C.<br>4610 S. Ulster St. \| Ste 150<br>Denver, Colorado 80237<br>Telephone: (303) 517-8928<br>Email: gferrell@gferrell-law.com<br>*Attorney for Defendant* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on August 1, 2023.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail:
bvirues@lawgmp.com
jreyes@lawgmp.com


By:   /s/ Anthony J. Perez
         ANTHONY J. PEREZ